NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000595
31-DEC-2012
09:21 AM**

NO. CAAP-12-0000595

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JAMIE L. PONTIUS, Plaintiff-Appellant,
v.
TIMOTHY FRANK PITTMAN, WILLIAM FRANK PITTMAN,
and ANTHONY FRANK PITTMAN, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 10-1-328)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the records, it appears that:

(1) on June 25, 2012, Plaintiff-Appellant Jamie L. Pontius (Appellant) filed a notice of appeal; (2) on August 16, 2012, the record on appeal was filed and the appellate clerk informed Appellant that the jurisdictional statement was due on August 27, 2012 and the opening brief was due on September 25, 2012; (3) on October 30, 2012, Appellant was informed that the time to file the jurisdictional statement expired on August 27, 2012 and the time to file the opening brief expired on September 25, 2012,

that this court may take such action as it deemed proper, including dismissal of the appeal, and that relief from default should be made by motion; and (4) no jurisdictional statement was filed, no opening brief was filed, and no motion for relief from default was filed.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to Hawai'i Rules of Appellate Procedure Rule 30.

DATED: Honolulu, Hawai'i, December 31, 2012.

Presiding Judge

Associate Judge

Associate Judge